## MOTION DOCKET

97–225.  State ex rel. Roberds, Inc. v. Conrad.
Franklin App. No. 96APD02–213.  On request for oral argument.  Request denied.

98–1607.  Hillyer v. State Farm Ins. Co.
Lake App. No. 97–L–031.  On response to show cause order.  Show cause dismissed.